**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Bilal Haidari, Yamen Haidari,　　　　　　　　　　Civil No. 06-3215 (DWF/AJB)
Zahi Haidari,

　　　　　　Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Denise Frazier, District Director,
U.S. Citizenship & Immigration
Services; Eduardo Aguirre, Director,
U.S. Citizenship & Immigration Services;
Alberto Gonzales, Attorney General
of the United States; Michael Chertoff,
Secretary, U.S. Department of
Homeland Security,

　　　　　　Defendants.

---

Herbert A. Igbanugo, Esq., Igbanugo Partners Int'l Law Firm, PLLC, counsel for Plaintiffs.

Mary J. Madigan, Assistant United States Attorney, United States Attorney's Office, counsel for Defendants.

---

　　　　This matter is before this Court on Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction. Oral argument was heard on December 1, 2006.

　　　　Based on the files, records, and proceedings herein, the arguments of counsel, and for the reasons stated at the hearing, this Court finds that it does have subject matter jurisdiction over the present cause of action.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Defendants' Motion to Dismiss (Doc. No. 8) is **DENIED and REMANDED** to USCIS.  The USCIS is ordered to complete its adjudication of Plaintiffs' I-485 applications within 30 days.  Upon completion of the adjudications, the USCIS shall promptly inform this Court and the Plaintiffs of its decisions.  This Court will retain jurisdiction over the matter in the interim to ensure that the USCIS complies with this order.  A Memorandum Opinion and Order will follow.

2. The Plaintiffs' Motion for Default Judgment (Doc. No. 3) is **WITHDRAWN**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  December 1, 2006             s/Donovan W. Frank
                                     DONOVAN W. FRANK
                                     Judge of United States District Court